THE PEOPLE OF THE STATE OF NEW YORK ex rel. MADCHEN-HEIM-VEREIN, Respondent, *v.* JOHN T. McDONOUGH, as Secretary of State of the State of New York, Appellant.

*People ex rel. Madchenheim-Verein* v. *McDonough,* 47 App. Div. 629, affirmed.

(Argued June 5, 1900; decided June 19, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered February 14, 1900, affirming an order of Special Term granting

an application for a peremptory writ of mandamus requiring the defendant, as secretary of state, to file in his office relator's certificate of incorporation.

*Henry B. Coman* for appellant.

*Mornay Williams* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON and CULLEN, JJ.